AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil-Process Clerk- US Attorney Office for DC
was received by me on *(date)* 06/28/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Reginald Rowan , who is
designated by law to accept service of process on behalf of *(name of organization)* US Attorney for DC
on *(date)* 06/28/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/28/2018

*Server's signature*

Dana Louttit - Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

*Server's address*

Additional information regarding attempted service, etc: