UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALMA ZULI JACINTO-CASTANON DE NOLASCO, ET AL., <br><br> **Plaintiffs,** <br> v. <br><br> U.S IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), ET AL., <br><br> **Defendants**. | Case No. 1:18-cv-01536-PLF <br> Hon. Paul L. Friedman |

### PLAINTIFFS' NOTICE REGARDING T.J.N.J. AND D.E.N.J.'S STATUS

1.  In response to this Court's expression of interest regarding the status of Plaintiffs T.J.N.J. and D.E.N.J. at the hearing on July 12, 2018, Plaintiffs hereby provide the attached letter sent from the Young Center for Immigrant Children's Rights ("Young Center") to the Government on July 6, 2017.  *See* Ex. 1.  The attached letter is identical to the one that the Young Center provided to Immigration and Customs Enforcement ("ICE") and the Office of Refugees and Resettlement ("ORR"), except Plaintiffs' counsel has redacted the names of the minors pursuant to FED. R. CIV. P. 5.2(a).  If the Court wishes to view the unredacted version, counsel will file it under seal.

2.  The Young Center provides advocacy for children under the Trafficking Victims Protection Reauthorization Act ("TVPRA").  Various children's shelters refer cases to the Young Center, which then registers with the Department of Health and Human Services ("HHS") as the child's advocate (the "Child Advocate").  The appointed Child Advocate then reviews each case and drafts a letter to ICE and ORR that sets forth what, in the professional opinion of the Child Advocate, is in the best interest of the child and why (the "Best Interest Recommendation

1

Letter").

3.      On May 31, 2018, Nuevo Amanacer Latino Children's Services ("NALCS"), ORR's subcontracted shelter that oversees T.J.N.J. and D.E.N.J., referred the children's case to The Young Center. The Young Center submitted the requisite forms HHS on June 5, 2018. HHS approved the Young Center to be T.J.N.J. and D.E.N.J.'s Child Advocate on June 30, 2018.

4.      The Young Center sent a Best Interest Recommendation Letter to ORR and ICE on July 6, 2018. Ex. 1. In this letter, the Young Center states that it would be in T.J.N.J. and D.E.N.J.'s best interest to be ***immediately reunited*** with their mother, Alma Zuli Jacinto-Castanon de Nolasco. *See id.* (emphasis in original).

5.      If this Court requires additional information regarding the children's conditions to make its determination, Plaintiffs' counsel will supplement the record as needed.

July 13, 2018                                      Respectfully submitted,

                                                   */s/Claudia O'Brien*
                                                   Claudia O'Brien, DC Bar No. 447354
                                                   Timilin Sanders, DC Bar No. 989110
                                                   Clayton LaForge, DC Bar No. 1033938
                                                   LATHAM & WATKINS LLP
                                                   555 Eleventh Street, NW
                                                   Washington DC 20004
                                                   (202) 637-2200
                                                   claudia.o'brien@lw.com

                                                   *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

On July 13, 2018, I certify the foregoing document with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/Claudia O'Brien*
Claudia O'Brien, DC Bar No. 447354
Timilin Sanders, DC Bar No. 989110
Clayton LaForge, DC Bar No. 1033938
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
claudia.o'brien@lw.com

*Attorneys for Plaintiffs*