UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
JACINTO-CASTANON DE                  )
NOLASCO, et al.,                              )
                                                      )
                Plaintiffs,                       )
                                                      )
        v.                                           )          Civil Action No. 18-1536 (PLF)
                                                      )
U.S. IMMIGRATION AND CUSTOMS  )
ENFORCEMENT, et al.,                       )
                                                      )
                Defendants.                      )
_____)

ORDER

        This matter is before the Court on plaintiffs' motion for a preliminary injunction

[Dkt. No. 2], requiring the United States government to immediately reunify plaintiff Alma Zuli

Jacinto-Castanon de Nolasco with her nine-year-old son and her eleven-year-old son, from

whom Ms. Jacinto-Castanon was forcibly separated shortly after crossing the United

States-Mexico border over two months ago.  Upon careful consideration of the parties' filings,

the relevant legal authorities, the arguments of counsel on July 12, 2018, and the entire record in

this case, it is hereby

        ORDERED that plaintiffs' motion for a preliminary injunction [Dkt. No. 2] is

GRANTED; it is

        FURTHER ORDERED that defendants must reunify Ms. Jactinto-Castanon with

her sons, D.E.N.-J. and T.J.N.-J., on or before midnight on Friday, July 20, 2018; and it is

FURTHER ORDERED that defendants and their officers, agents, servants, employees, attorneys, and all those who are in active concert or participation with them, are prohibited from removing plaintiffs from the United States until further order of this Court.

An Opinion explaining the reasoning underlying this Order will follow.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  July 18, 2018